# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Roy W. Freeman, Jr.
Ashley L. Freeman          CASE NUMBER: 23-51535-KMS

## MOTION FOR SUSPENSION OF PAYMENTS

COMES NOW the Debtor and file this proposed Suspension of Payments of Chapter 13 Plan and would show unto the Court the following:

1.      That Debtors, Roy W. Freeman, Jr. and Ashley L. Freeman, requests a suspension to cure existing arrearage through June, 2025, with payments to resume in July, 2025. That the debtor became behind in plan payments. Debtor therefore requests that the missed mortgage payments to Shellpoint Mortgage be paid over the remaining months of the bankruptcy plan with the wage order raised accordingly.

WHEREFORE, Debtor(s) pray that the Plan payments be suspended with the existing arrearage and the missed mortgage payments through June, 2025, be paid over the remaining months of the bankruptcy commencing July, 2025, with the wage order raised.

                        Respectfully submitted,

                        Roy W. Freeman, Jr.
                        Ashley L. Freeman

Dated: June 12, 2025                  BY:__/s/ Richard R. Grindstaff
                                                 Richard R. Grindstaff

Richard R. Grindstaff
ATTORNEY AT LAW, MS BAR NO. 105185
GRINDSTAFF LAW
840 E. RIVER PLACE, SUITE 605
JACKSON MS 39202
PHONE: (601) 346-6443
FAX: (866) 277-8648
richard@richardgrindstaff.com    **CERTIFICATE OF SERVICE**

This is to certify that I, the undersigned attorney of record for the Debtor(s), have this date mailed, postage prepaid, by United States Mail, a true and correct copy of the above and foregoing Motion for Allow Suspension of Payments to the Chapter 13 Trustee, the U.S. Trustee and the affected creditors listed in the schedules of the bankruptcy petition or by electronic means.

      SO CERTIFIED on this, June 12, 2025.
                                    /s/ Richard R. Grindstaff_____
                                    Richard R. Grindstaff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Roy W. Freeman, Jr.
Ashley L. Freeman          CASE NUMBER: 23-51535-KMS

### NOTICE OF FILING MOTION FOR SUSPENSION OF PAYMENTS

YOU ARE HEREBY NOTIFIED that the above named Debtor have filed with the Bankruptcy court a Motion for Suspension of Payments of Chapter 13 Plan (see copy of proposed motion for suspension attached).

YOU ARE FURTHER NOTIFIED that any objection to this proposed Motion for Suspension of Payments of chapter 13 Plan should be filed by written pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the Motion for Suspension.

**Address of the Bankruptcy Clerk's Office:**
501 East Court Street, Suite 2.300
Jackson, MS 39201

DATED this, June 12, 2025.

BY:/s/ Richard R. Grindstaff__
Richard R. Grindstaff

Richard R. Grindstaff
ATTORNEY AT LAW, MS BAR NO. 5036
GRINDSTAFF LAW
840 E. RIVER PLACE, SUITE 605
JACKSON MS  39202
PHONE: (601) 346-6443
FAX: (866) 277-8648
richard@richardgrindstaff.com

### CERTIFICATE OF SERVICE

This is to certify that I, the undersigned attorney of record for the Debtor(s), have this date mailed, postage prepaid, by United States Mail, a true and correct copy of the above and foregoing Notice of Filing Suspension of Payments and copy of the attached proposed Motion for Suspension of Payments to the Chapter 13 Trustee, the U.S. Trustee and the affected creditors listed in the schedules of the bankruptcy petition or by electronic means.

SO CERTIFIED on this, June 12, 2025.

/s/ Richard R. Grindstaff_____
Richard R. Grindstaff

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 23-51535-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Thu Jun 12 10:25:05 CDT 2025 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Morgan & Morgan<br>4450 Old Canton Rd., Suite 200<br>Jackson, MS 39211-5991 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 |
| Affirm, Inc.<br>650 California St<br>Floor 12<br>San Francisco, CA 94108-2716 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Amazon.com<br>P.O. Box 81226<br>Seattle, WA 98108-1300 |
| Amy Green<br>379 Indian Springs Roa<br>Petal, MS 39465-5734 | Ashley Freeman<br>65 Southgate Dive<br>Petal, MS 39465-9505 | Aspire<br>P.O. Box 105341<br>Atlanta, GA 30348-5341 |
| Avant Credit<br>222 N. Lasalle St.<br>Suite 1600<br>Chicago, IL 60601-1112 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Calvary Portfolio Svs<br>500 Summit Lake Dr.<br>Ste 4a<br>Valhalla, NY 10595-2323 | Capital One<br>PO Box 30281<br>Salt Lake Cit, UT 84130-0281 |
| Capital One Auto Fin<br>Richard Fairbank CEO<br>7933 Preston Road<br>Plano, TX 75024-2302 | Capital One Auto Finance, a division of<br>Capital One, N.A. c/o<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank<br>P.O. Box 71087<br>Charlotte, NC 28272-1087 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cavalry SPV I, LLC as assignee of<br>Citibank NA/The Home Depot<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Comprehensive Rad<br>Schaeffer Smith<br>15 Profess. Pkwy, 126<br>Hattiesburg, MS 39401 |
| Covington C0unty<br>Hospital Business Offi<br>P.O. Box 1149<br>Collins, MS 39428-1149 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Destiny Credit<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| EZ Cash/ Cash Cow<br>3401 Hardy Street<br>Hattiesburg, MS 39402-1502 | Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Premier<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 |

| | | |
|---|---|---|
| Fortiva<br>5 Concourse Pkwy<br>Suite 400<br>Atlanta, GA 30328-9114 | Indigo Platinum<br>PO Box 4477<br>Beaverton, OR 97076-4401 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Midland Credit Management, Inc<br>P.O. Box 2037<br>Warren, MI 48090-2037 | Milestone<br>PO Box 84059<br>Columbus, GA 31908-4059 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Bankruptcy Department<br>PO Box 10826<br>Greenville, SC 29603-0826 | OneMain Financial Group, LLC<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial Svs<br>c/o CT Corp System#101<br>645 Lakeland East Dr.<br>Flowood, MS 39232-9099 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC as agent of<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Paypal - Headquarters<br>2211 N First St<br>San Jose, CA 95131-2021 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Regions Bank<br>PO Box 10063<br>Birmingham AL 35202-0063 | Regions Bank<br>c/o CSC of Rankin Cty<br>109 Executive Dr Ste 3<br>Madison, MS 39110-8497 |
| Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 | Synchrony Bank<br>P.O. Box 530905<br>Atlanta, GA 30353-0905 | Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896-5004 |
| (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | Target Card Services<br>P.O. Box 660170<br>Dallas, TX 75266-0170 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Valero<br>P.O. Box 631<br>Amarillo, TX 79105-0631 | Walmart<br>702  SW 8th STreet<br>Bentonville, AR 72716-0815 |
| Walmart/Capital One<br>P.O. Box 60506<br>City of Indus, CA 91716-0506 | Ashley L. Freeman<br>65 Southgate Drive<br>Petal, MS 39465-9505 | Bryce Kunz<br>Grindstaff Law<br>840 E River Place Ste 605<br>Jackson, MS 39202-3441 |

| | | |
|---|---|---|
| (p)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | Richard R. Grindstaff<br>Grindstaff Law<br>840 E. River Place<br>Ste 605<br>Jackson, MS 39202-3441 | Roy W. Freeman Jr.<br>65 Southgate Drive<br>Petal, MS 39465-9505 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | (d)Jefferson Capital LLC<br>16 McLeland Rd<br>Saint Cloud, MN 56303-2198 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Reflex<br>P.O. Box 6812<br>Carol Stream, IL 60197-6812 |
| (d)Surge<br>P.O. Box 8099<br>Newark, DE 19714-8099 | TD Bank<br>PO Box 1377<br>Lewiston, ME 04243 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 |

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)NewRez LLC d/b/a Shellpoint Mortgage Servi

End of Label Matrix
Mailable recipients     62
Bypassed recipients      1
Total                   63