

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Roy W. Freeman, Jr.
Ashley L. Freeman           CASE NUMBER: 23-51535-KMS

## ORDER APPROVING SUSPENSION

A Motion for Suspension of Plan Payments (Docket # 63) having been filed in the above-styled and numbered Chapter 13 Bankruptcy on June 12, 2025, and no written objection having been filed within twenty-one (21) days, it is therefore:

IT IS ORDERED AND ADJUDGED that the Suspension of Payments filed on June 12, 2025, in the above-styled and numbered Chapter 13 Bankruptcy is affirmed, with the wage order raised to cure the arrearage and missed mortgage payments through June, 2025 to Shellpoint Mortgage be paid through the remaining months of the plan commencing July, 2025.

##END OF ORDER##

SUBMITTED BY:
/s/ Richard R. Grindstaff
Richard R. Grindstaff
ATTORNEY AT LAW
GRINDSTAFF LAW
840 E. RIVER PLACE, SUITE 605
JACKSON MS  39202
PHONE: (601) 346-6443
FAX: (866) 277-8648
richard@richardgrindstaff.com