United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-51535-KMS
Roy W. Freeman, Jr.  Chapter 13
Ashley L. Freeman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jul 08, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roy W. Freeman, Jr., Ashley L. Freeman, 65 Southgate Drive, Petal, MS 39465-9505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryce Kunz | on behalf of Debtor Roy W. Freeman  Jr. brycekunzlaw@gmail.com, grindstaf@yahoo.com;grindstaf@gmail.com;r46882@notify.bestcase.com |
| Bryce Kunz | on behalf of Joint Debtor Ashley L. Freeman brycekunzlaw@gmail.com grindstaf@yahoo.com;grindstaf@gmail.com;r46882@notify.bestcase.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Karen A. Maxcy | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Richard R. Grindstaff | on behalf of Debtor Roy W. Freeman  Jr. richard@richardgrindstaff.com, |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

grindstaf@gmail.com;r46882@notify.bestcase.com;brycekunzlaw@gmail.com

Richard R. Grindstaff

on behalf of Joint Debtor Ashley L. Freeman richard@richardgrindstaff.com grindstaf@gmail.com;r46882@notify.bestcase.com;brycekunzlaw@gmail.com

Samuel J. Duncan

on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 10

_____



     **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Roy W. Freeman, Jr.
Ashley L. Freeman        CASE NUMBER: 23-51535-KMS

## ORDER APPROVING SUSPENSION

A Motion for Suspension of Plan Payments (Docket # 63) having been filed in the above-styled and numbered Chapter 13 Bankruptcy on June 12, 2025, and no written objection having been filed within twenty-one (21) days, it is therefore:

IT IS ORDERED AND ADJUDGED that the Suspension of Payments filed on June 12, 2025, in the above-styled and numbered Chapter 13 Bankruptcy is affirmed, with the wage order raised to cure the arrearage and missed mortgage payments through June, 2025 to Shellpoint Mortgage be paid through the remaining months of the plan commencing July, 2025.

##END OF ORDER##

SUBMITTED BY:
/s/ Richard R. Grindstaff
Richard R. Grindstaff
ATTORNEY AT LAW
GRINDSTAFF LAW
840 E. RIVER PLACE, SUITE 605
JACKSON MS  39202
PHONE: (601) 346-6443
FAX: (866) 277-8648
richard@richardgrindstaff.com