| **Fill in this information to identify the case:** |
| --- |
| Debtor 1        Roy W. Freeman, Jr. |
| Debtor 2        Ashley L. Freeman fka Ashley Wiggins |
| United States Bankruptcy Court for the: Southern District of Mississippi |
| Case number :    23-51535-KMS |

## Official Form 410S1
# Notice of Mortgage Payment Change                    12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1

**Name of creditor:** NewRez LLC

**Court claim no.** (if known): 42

**Last four digits** of any number you use to identify the debtor's account:        1149

**Date of payment change:**        07/01/2026
Must be at least 21 days after date
of this notice

**New total payment:**        $979.53
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

**1.    Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes        Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:**    $407.93            **New escrow payment:**    $451.24

| **Part 2:** | **Mortgage Payment Amount** |
| --- | --- |

**2.    Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes        Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

**Current interest rate:**    %                    **New interest rate:**    %

**Current principal and interest payment:**    $            **New principal and interest payment:**    $

| **Part 3:** | **Annual HELOC Notice** |
| --- | --- |

**3.    Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

[X]No

[ ]Yes

**Current HELOC payment:**        $_____
**Reconciliation amount:**        +$_____  or
                                                        - $_____

Debtor 1    Roy W. Freeman, Jr.                                          Case Number *(if known)*    23-51535-KMS
             First Name        Middle Name      Last Name

|  |  |  |
|---|---|---|
| Amount of next payment (including reconciliation amount) | $ | _____ |
| Amount of the new payment thereafter (without reconciliation amount) | $ | _____ |

## Part 4:    Other Payment Change

**4.    Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes      **Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.** *(Court approval may be required before the payment change can take effect)*.

         **Reason for change:** _____

         **Current mortgage payment:**                **New mortgage payment:**

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

    ☐    I am the creditor.

    ☑    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Hannah Ackley _____    Date  05/18/2026 _____
    Signature

Print:             Hannah Ackley _____    Title    Authorized Agent for Creditor _____
                       First name     Middle Name   Last name

Company     Padgett Law Group _____

Address      6267 Old Water Oak Road, Suite 203 _____
                    Number         Street

                  Tallahassee FL, 32312 _____
                    City          State     Zip Code

Contact phone   (850) 422-2520         Email:   PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**In Re;**

| | |
|---|---|
| **Roy W. Freeman, Jr.** | **Case No.: 23-51535-KMS** |
| **Ashley L. Freeman fka Ashley Wiggins** | |
| **Debtor(s)** | **Chapter: 13** |

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/27/2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Roy W. Freeman, Jr.
65 Southgate Drive
Petal, MS 39465

Co-Debtor
Ashley L. Freeman
65 Southgate Drive
Petal, MS 39465
fka Ashley Wiggins

By Electronic Mail

Attorney for Debtor
Richard R. Grindstaff
Grindstaff Law
840 E. River Place
Ste 605
Jackson, MS 39202

Bryce Kunz
Grindstaff Law
840 E River Place Ste 605
Jackson, MS 39202

Trustee
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

US Trustee
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

/s/ Hannah Ackley
Hannah Ackley



Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603
For Inquiries:  800-365-7107

| | |
|---|---|
| Analysis Date: | April 02, 2026 |
| Loan: | ▮▮▮▮▮▮ |

ROY FREEMAN
ASHLEY FREEMAN
65 SOUTHGATE DR
PETAL MS  39465

Property Address:
65 SOUTHGATE DR
PETAL, MS  39465

### Annual Escrow Account Disclosure Statement - Account History
**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul01, 2026 |
|---|---|---|
| P & I Pmt: | $528.29 | $528.29 |
| Escrow Pmt: | $407.93 | $451.24 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $936.22 | $979.53 |

| Prior Esc Pmt | July 01, 2025 |
|---|---|
| P & I Pmt: | $528.29 |
| Escrow Pmt: | $407.93 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $936.22 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | August 01, 2025 |
| Escrow Balance: | -$1,433.55 |
| Anticipated Pmts to Escrow: | $4,487.23 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $3,053.68 |

| Shortage/Overage Information | Effective Jul01, 2026 |
|---|---|
| Upcoming Total Annual Bills | $5,081.15 |
| Required Cushion | $846.86 |
| Required Starting Balance | $3,387.43 |
| Escrow Shortage | -$333.75 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of846.86. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below846.86 or 1/6 of the anticipated payment from the account.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from July2025 to June 2026.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 3,227.57 | (1,508.17) |
| Jul 2025 | 403.45 | | | | * | | 3,631.02 | (1,508.17) |
| Aug 2025 | 403.45 | 375.01 | | | * | | 4,034.47 | (1,133.16) |
| Sep 2025 | 403.45 | 790.02 | | | * | | 4,437.92 | (343.14) |
| Oct 2025 | 403.45 | 395.01 | 3,281.00 | 3,401.00 | * | Hazard | 1,560.37 | (3,349.13) |
| Nov 2025 | 403.45 | 395.01 | | | * | | 1,963.82 | (2,954.12) |
| Dec 2025 | 403.45 | 790.02 | 1,560.37 | 1,680.15 | * | County Tax | 806.90 | (3,844.25) |
| Jan 2026 | 403.45 | 395.01 | | | * | | 1,210.35 | (3,449.24) |
| Feb 2026 | 403.45 | 815.86 | | | * | | 1,613.80 | (2,633.38) |
| Mar 2026 | 403.45 | 407.93 | | | * | | 2,017.25 | (2,225.45) |
| Apr 2026 | 403.45 | | | | * | | 2,420.70 | (2,225.45) |
| May 2026 | 403.45 | | | | * | | 2,824.15 | (2,225.45) |
| Jun 2026 | 403.45 | | | | * | | 3,227.60 | (2,225.45) |
| | | | | | | Anticipated Transactions | 3,227.60 | (2,225.45) |
| Jun 2026 | | 4,487.23 P | | | | | | 2,261.78 |
| | $4,841.40 | $8,851.10 | $4,841.37 | $5,081.15 | | | | |

**An asterisk (\*) indicates a difference from a previous estimate either in the date or the amount . If you want a further explanation, please call our toll -free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown .**

Shellpoint Mortgage Servicing
For Inquiries:  800-365-7107

Analysis Date:                                April 02, 2026
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X  TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account
Your unpaid pre-petition escrow Amount is $791.90. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $791.90, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $791.90.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 3,053.68 | 3,387.43 |
| Jul 2026 | 423.43 | | | 3,477.11 | 3,810.86 |
| Aug 2026 | 423.43 | | | 3,900.54 | 4,234.29 |
| Sep 2026 | 423.43 | | | 4,323.97 | 4,657.72 |
| Oct 2026 | 423.43 | 3,401.00 | Hazard | 1,346.40 | 1,680.15 |
| Nov 2026 | 423.43 | | | 1,769.83 | 2,103.58 |
| Dec 2026 | 423.43 | 1,680.15 | County Tax | 513.11 | 846.86 |
| Jan 2027 | 423.43 | | | 936.54 | 1,270.29 |
| Feb 2027 | 423.43 | | | 1,359.97 | 1,693.72 |
| Mar 2027 | 423.43 | | | 1,783.40 | 2,117.15 |
| Apr 2027 | 423.43 | | | 2,206.83 | 2,540.58 |
| May 2027 | 423.43 | | | 2,630.26 | 2,964.01 |
| Jun 2027 | 423.43 | | | 3,053.69 | 3,387.44 |
| | $5,081.16 | $5,081.15 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date.  Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,053.68.  Your starting
balance (escrow balance required) according to this analysis should be $3,387.43.  This means you have a shortage of 333.75.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be 5,081.15.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $423.43 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $27.81 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $451.24 |

**Paying the shortage**:  If you did not have a shortage, your monthly payment would be $951.72 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

---

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC dba Shellpoint Mortgage Servicing's

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service.  Counseling for covered servicemembers is available from Military OneSource(800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you  Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas